United States District Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARROWHEAD ENVIRONMENTAL PARTNERS, LLC, | § § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01772 |
| PHASE III ENVIRONMENTAL SERVICES, INC., *et al.*, | § § § § | |
| Defendants. | § | |

**CLERK'S ENTRY OF DEFAULT**

Plaintiff, Arrowhead Environmental Partners, LLC, requested that default be entered against Defendant Phase III Environmental Services, Inc. and Steven Hoates. The record demonstrates that the Defendants, although properly served, have failed to appear, plead, or otherwise defend this action. Therefore, default is entered against Defendants Phase III Environmental Services, Inc and Steven Hoates, pursuant to FED. R.CIV. P. 55(a).

SIGNED: April 14, 2025

UNITED STATES DISTRICT CLERK SOUTHERN DISTRICT OF TEXAS

By: L. Edwards

Deputy Clerk